IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-105-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ASHLEY LAMONT BOST, | ) | |
| | ) | |
| Defendant. | ) | |

On July 30, 2010, Ashley Lamont Bost filed a motion to clarify judgment [D.E. 124]. On

August 3, 2010, the United States filed a response in support of clarifying the judgment [D.E. 125].

"[W]here an order or judgment is unclear, a court retains inherent authority to interpret

ambiguities." United States v. Spallone, 399 F.3d 415, 421 (2d Cir. 2005). As for count one, it was

the court's intent to sentence Bost to 6 months on count one and 48 months on count six. The court

intended Bost to get six months of jail credit on count one and seventeen months of jail credit on

count six. All other aspects of the judgment remain in force.

SO ORDERED. This _13_ day of October 2010.

JAMES C. DEVER III
United States District Judge