UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Ashley Lamont Bost                                    Docket No. 5:08-CR-105-3D

**Petition for Action on Supervised Release**

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ashley Lamont Bost, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846, and Use Carry Firearms During and in Relation to Drug Trafficking Crimes and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on March 9, 2010, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ashley Lamont Bost was released from custody on March 16, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant expressed to the probation officer that he is having turmoil in his life relating to the breakup between he and the mother of his son and with the relationships with other family members. He advises that he is having difficulty in dealing with all the issues and feels he could benefit from mental health counseling. Therefore, the probation office would recommend modifying his conditions of supervision to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,
/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: March 4, 2015

## ORDER OF THE COURT

Considered and ordered this __6__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever III
Chief U.S. District Judge